UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JACQUELINE SHURETTE,

      Plaintiff,

-vs-                                            Case No.  6:07-cv-1198-Orl-19KRS

CHI-TSAI HOTEL, LLC., d/b/a
Security Inn, CHENG-CHI CHEN,
PI-TSAI CHEN,

      Defendants.
_____

## ORDER

This case comes before the Court on the Stipulation of Dismissal by Plaintiff. (Doc. No. 31, filed Sept. 19, 2008.)  In the Stipulation, Plaintiff states that the parties have settled this Fair Labor Standards Act ("FLSA") action for the full amount of Plaintiff's claim, including liquidated damages, attorney's fees, and costs. (*Id.*)  Although judicial approval is typically required for the settlement of FLSA claims, such approval is unnecessary where the plaintiff settles for the full amount of his or her claim. *Su v. Elec. Arts, Inc.*, No. 6:05-cv-131-Orl-28JGG, 2006 WL 4792780, at *2 (M.D. Fla. Aug. 29, 2006); *Mackenzie v. Kindred Hosps. E., L.L.C.*, 276 F. Supp. 2d 1211, 1217 (M.D. Fla. 2003).  Accordingly, based on the representations of Plaintiff in docket Number 31, this case is **DISMISSED with prejudice.**

    **DONE** and **ORDERED** in Chambers in Orlando, Florida on September 22, 2008.

*[signature]*

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies furnished to:

Counsel of Record